IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAYFORD THOMAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-06-00429 |
| § | |
| RUSSELL R. OLIVER and § | |
| TEXAS MUTUAL INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendants. § | |

### FINAL JUDGMENT

As the Court has granted Defendants Russell R. Oliver and Texas Mutual Insurance Company's Motion for Summary Judgment the Court hereby

ORDERS that final judgment be entered. Plaintiff Rayford Thomas's claims against Defendants are DISMISSED. Plaintiff shall take nothing from Defendants.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 14th day of June, 2006.

_____

DAVID HITTNER

United States District Judge

Case 4:06-cv-00429   Document 16   Filed in TXSD on 06/14/06   Page 2 of 2